# Exhibit "B"

# HALF HOLLOW HILLS CENTRAL SCHOOL DISTRICT

### OF HUNTINGTON AND BABYLON

Dr. Jeffery Woodberry
Assistant Superintendent for District-wide Administration

February 8, 2018

Mr. Robert Perry
2579 Overlook Place
Baldwin, NY 11510

Dear Mr. Perry,

The purpose of this letter is to document a meeting that was held in my office on Tuesday, February 6, 2018 at 1:00 p.m. with you, Michelle Melfi – Coordinator of High School Special Education, Wayne Ebanks – Assistant Principal HS West, Lori Levine – Paraprofessional Association President and me.

The meeting was scheduled to discuss concerns with you in your role as a paraprofessional in the district. Mr. Ebanks and Mrs. Melfi reported instances where you allegedly neglected to properly monitor students with whom you were assigned to work, were not responsive to teachers' directions or instructions, failed to give notes to a student, and made other staff members feel uncomfortable.

Mrs. Melfi and Mr. Ebanks said that teachers have reported to them that on more than one occasion students who you were working with 1:1 were observed sleeping in class and you did not immediately address this. You claimed that you have monitored students properly and you would intervene if you noticed a student sleeping.

Mr. Ebanks described another situation where he observed one of your students in the hallway beginning to have an issue with other students. He noticed that you were not in the proximity of the student to intervene. You said that you were not in close proximity because you went to say hello to someone.

On another occasion, a monitor escorted one of your 1:1 students to the main office after she found him in the rear area of the building by himself. You said that you told the student to wait in the main lobby outside the main office door while you went in the office to speak to someone. You said that you did not see the student when you left the office 20 seconds later and you assumed he got on the bus. Mr. Ebanks found you in the front of the building talking to a security guard. You said that you were asking the security guard if he had seen your student. We agreed that asking a student who requires close supervision to wait for you, out of your sight, is inappropriate.

Mr. Ebanks and Mrs. Melfi reported that teachers have told them that you use your cell phone during class time in the classroom. You said that you have answered calls that you receive from doctors during class time. As I stated in the meeting, you should not be using your cell phone during class time in the classroom. In the case of an emergency you should request temporary assistance with your student and take the call elsewhere. It was also reported to Mr. Ebanks and Mrs. Melfi that you ignore teachers' directives or instructions at times, you said that you always respond to teachers' instructions.

Mr. Ebanks and Mrs. Melfi said that there have been several reports of other staff members being uncomfortable in your presence. Last school year, several paras reported that you made statements that made them feel uncomfortable. It was relayed that you had commented on their physical appearance.

525 Half Hollow Road • Dix Hills, New York 11746
(631) 592-3025 • Fax (631) 592-3906 • Email: jwoodberry@hhh.k12.ny.us

You denied saying anything inappropriate. One para said that you made a comment about her contacting you if she decides to leave her husband. You denied that. You offered that you informed that para that you were a personal trainer and claimed that she responded, "Will you train me." You emphasized that it was more than what she said, but the way that she said it.

Another situation occurred one day as a result of a problematic relationship with you and a teacher. You said you did not want to go into the teacher's classroom because there was tension and you were not communicating effectively. Arrangements were made for another para to accompany your student in class that day and you were instructed to get the class notes for the student and give them to him before his midterm. You acknowledged that you neglected to get the notes to the student.

The complications with relating to co-workers appropriately extend beyond High School West. It was reported that teachers and paras at Wilson Tech – Manor Plains have asked that you not be assigned to students attending classes there. Similar claims were made in reference to you making inappropriate comments.

Mr. Ebanks and Mrs. Melfi said that they met with you, along with a union representative- Ms. Votta, last school year regarding these concerns including co-workers feeling uncomfortable with your comments, being non-responsive to teachers' instructions, not monitoring your students properly, and using your phone during class time. You said you do not recall that meeting.

You told us that one of the paras who made allegation about you approached you in January, on an afterschool bus, and apologized for accusing you of making her feel uncomfortable. You claimed that she said she was put up to it by three other paras. You also said you shared this with a union representative but did not feel compelled to report it to administration. I told you I will follow up on that allegation.

The behaviors that are described above must not occur moving forward. You must supervise and work with your 1:1 students properly, refrain from using your cell phone in the classroom during class time, be responsive to teachers' directives in the classroom, and avoid making comments that might make others feel uncomfortable including discussions of personal relationships and physical appearance. As I stated in the meeting, failure to comply with these reasonable expectations will be grounds for disciplinary action, up to and including a Section 75 Hearing.

Sincerely,

Jeffery Woodberry
Assistant Superintendent
For District-wide Administration

cc: Wayne Ebanks, Michelle Melfi, Lori Levine

I acknowledge receipt of this letter and understand that it will be placed in my personnel file.

_____    2/9/18
Recipient's Signature      Date

525 Half Hollow Road • Dix Hills, New York 11746
(631) 592-3025 • Fax (631) 592-3906 • Email: jwoodberry@hhh.k12.ny.us

*I Am 100% not in agreement with contents herein, but acknowledge receipt of this document RP.*