## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

The undersigned being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

That on July 27, 2021, deponent served the annexed **NOTICE OF MOTION, DECLARATION, MEMORANDUM OF LAW and NOTICE TO PRO SE LITIGANT** on:

>Robert Perry
>*Plaintiff Pro Se*
>259 Overlook Place
>Baldwin, NY 11510

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office.

_____
LAURA STAVROS

Sworn to before me this
27th day of July, 2021

_____
NOTARY PUBLIC

DAVID H. ARNTSEN
Notary Public, State of New York
No. 4989896
Qualified in Suffolk County
Commission Expires Dec. 16, 2021