**Volz & Vigliotta, PLLC**

Thomas M. Volz
Michael G. Vigliotta
David H. Arntsen
Joshua S. Shteierman
Anthony S. DeLuca

September 15, 2021

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    <u>Perry v. Half Hollow Hills CSD, et al</u>.
             Case No. 20-cv-5656

Dear Judge Azrack:

We are the attorneys for the defendants in the above matter.

Pursuant to Section IV(4) of your Honor's Individual's Rules, enclosed herewith is a courtesy copy of Defendants' Notice of Motion, Declaration, Notice to Pro Se Litigant, and Memorandum of Law in Support of its Motion to Dismiss which has been filed by ECF [Docket No. 33].

To date, this office has not received any opposition papers to its motion to dismiss, nor has plaintiff contacted this office to request additional time. Accordingly, we have filed our moving papers to the ECF system in compliance with your Honor's rules, and at this time it appears that the motion is being submitted unopposed.

Thank you for your attention to this matter.

                                                  Respectfully Submitted,

                                                  /S/

                                                  Joshua S. Shteierman