UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROBERT PERRY,  Case No. 20-CV-5656
 (JMA)(JMW)

                Plaintiff,

    - against -  **NOTICE OF MOTION**

HALF HOLLOW HILLS CENTRAL SCHOOL DISTRICT,
DR. JEFFREY WOODBERRY, MR. WAYNE EBANKS
And JEFFREY PALUMBO,

                Defendants.
-----------------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | Defendants, HALF HOLLOW HILLS CENTRAL SCHOOL DISTRICT, DR. JEFFREY WOODBERRY, MR. WAYNE EBANKS and JEFFREY PALUMBO |
| DATE AND TIME RETURNABLE: | Pursuant to the Scheduling Order dated July 1, 2021 as follows: Defendants' motion to be filed by August 2, 2021; Opposition papers are to be filed by September 1, 2021; Defendants' reply papers are to be filed by September 15, 2021. |
| PLACE OF HEARING: | United States District Court, Eastern District of New York, located at the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722 |
| SUPPORTING PAPERS: | Declaration by Joshua S. Shteierman, Esq. dated July 27, 2021, pleadings, exhibits and Memorandum of Law in support of the motion. |
| RELIEF DEMANDED: | (A) An order dismissing the plaintiff's complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6); and<br>(B) Such other and further relief as this Court deems just and proper. |

Dated: Smithtown, New York
       July 27, 2021

Respectfully submitted,

VOLZ & VIGLIOTTA, PLLC

_____
Joshua S. Shteierman
Attorneys for Defendants
280 Smithtown Blvd.
Nesconset, New York 11767
(631) 366-2700

TO: Robert Perry
*Plaintiff Pro Se*
259 Overlook Place
Baldwin, NY 11510