# Exhibit "G"

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>ROBERT G. PERRY,<br><br>                                    Complainant,<br><br>v.<br><br>HALF HOLLOW HILLS CENTRAL SCHOOL DISTRICT,<br><br>                                    Respondent. | VERIFIED COMPLAINT<br>Pursuant to Executive Law, Article 15<br><br>Case No.<br>**10205463** |

Federal Charge No. 16GC001066

I, Robert G. Perry, residing at 2579 Overlook Place, Baldwin, NY, 11510, charge the above named respondent, whose address is 525 Half Hollow Road, Dix Hills, NY, 11746 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of race/color, opposed discrimination/retaliation.

Date most recent or continuing discrimination took place is 2/15/2019.

The allegations are:


                    SEE ATTACHED COMPLAINT



RECEIVED NOV 13 2019

**New York State Division of Human Rights**
**Employment Complaint Form**

Hempstead Regional Office

### 1. Your contact information:

First Name: Robert
Middle Initial/Name: G.
Last Name: Perry
Street Address/ PO Box: 2579 Overlook Place
Apt or Floor #:
City: Baldwin
State: NY
Zip Code: 11510

### 2. Regulated Areas: You believe you were discriminated against in the area of:

- [x] Employment *(including paid internship)*
- [ ] Apprentice Training
- [ ] Internship *(unpaid only)*
- [ ] Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*
- [ ] Labor Organization
- [ ] Employment Agencies
- [ ] Licensing

### 3. You are filing a complaint against:

Employer Name: Half Hollow Hills Central School District
Street Address/ PO Box: Half Hollow Rd
City: Dix Hills
State: NY
Zip Code: 11746
Telephone Number: (631) 592-3300 Ext.

In what *county or borough* did the violation take place? Suffolk

Individual people who discriminated against you:
Name: Wayne E. Banks    Title: Assistant Principal
Name: Jeffrey Woodberry    Title: Assistant Superintendent

If you need more space, please list them on a separate piece of paper.

### 4. Date of alleged discrimination (must be within one year of filing):

The most recent act of discrimination happened on: 02 / 15 / 2019

### 5. For employment and internships, how many employees does this company have?

- [ ] 1-3
- [ ] 4-14
- [ ] 15-19
- [x] 20 or more
- [ ] Don't know

### 6. Are you currently working for this company? No

- [ ] Yes. Date of hire: 09 / 06 / 09  What is your position? Para Professional
- [ ] No. Last day of work: 02 / 15 / 2019  What was your position? Para Professional
- [ ] I was never hired. Date of application: __/__/__  What position did you apply for? Para Professional

**7. Basis of alleged discrimination:**
Check **ONLY** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:** Date of Birth: _____ | ☐ **Familial Status:** Please specify: _____ |
| ☐ **Arrest Record** | ☐ **Military Status:** ☐ Active Duty ☐ Reserves ☐ Veteran |
| ☐ **Conviction Record** | ☐ **Marital Status:** Please specify: _____ |
| ☐ **Creed/ Religion:** Please specify: _____ | ☐ **National Origin:** Please specify: _____ |
| ☐ **Disability:** Please specify: _____ | ☐ **Predisposing Genetic Characteristic:** Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☐ **Pregnancy-Related Condition:** Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sexual Orientation:** Please specify: _____ |
| ☑ **Race/Color or Ethnicity:** Please specify: _Caucasian_ <br> ☐ Trait historically associated with race such as hair texture or hairstyle | ☐ **Sex:** Please specify: _____ <br> Specify if the discrimination involved: <br> ☐ Pregnancy    ☐ Sexual Harassment |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☑ **Retaliation:** How did you oppose discrimination: _Filed Against School District_

**8. Acts of alleged discrimination:** *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☑ Harassed/ intimidated me (other than sexual harassment) |
| ☐ Fired me/laid me off _Forced me out of my position_ | ☐ Denied me overtime benefits | ☑ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☐ Paid me a lower salary than other co-workers doing the same job | ☑ Gave me different or worse job duties than other workers doing the same job | ☐ Denied me services/treated differently by employment agency |
| ☑ Suspended me | ☐ Denied me an accommodation for my religious practices | ☐ Gave me a disciplinary notice or negative performance review | ☐ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

## 9. Description of alleged discrimination

Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.

- I wrote a letter to the administration of the District. They didn't like this at all and took personal retaliation against me. I feel they, the administrators, Jeffrey Woodberry and Wayne Edwards Actions words and language was very intimidating because who I was and my race.

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** _RP_

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_Robert D. Perry_
Sign your full legal name

Subscribed and sworn before me
This 13TH day of November, 2019

_Michael D. Jackson_
Signature of Notary Public

MICHAEL D. JACKSON
Notary Public, State of New York
No. 01JA6198718
Qualified in Queens County
Commission Expires Jan. 5, 2021

County: Queens    Commission expires: 1/5/2021

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*