UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ROBERT PERRY,

                        Plaintiff,

        - against -

HALF HOLLOW HILLS CENTRAL SCHOOL DISTRICT,
DR. JEFFREY WOODBERRY, MR. WAYNE EBANKS,
and JENNIFER PALUMBO,

                        Defendants.
----------------------------------------------------------------------X

Case No. 20-CV-5656
(JMA)(JMW)

**REPLY**
**DECLARATION**

       JOSHUA S. SHTEIERMAN, an attorney duly authorized to practice law before the courts of the State of New York, and specifically before the United States District Court of the Eastern District of New York, affirms the following under penalty of perjury:

       1.    I am with the firm of the VOLZ & VIGLIOTTA, PLLC and I represent the defendants HALF HOLLOW HILLS CENTRAL SCHOOL DISTRICT, DR. JEFFREY WOODBERRY, MR. WAYNE EBANKS, and JENNIFER PALUMBO (hereinafter "Defendants") in the above-captioned matter. I submit this declaration in support of defendants' motion to dismiss the plaintiff's Amended Complaint in its entirety.

       2.    On or about July 27, 2021, defendants moved to dismiss the instant Amended Complaint.

       3.    On or about October 18, 2021, the plaintiff submitted opposition to defendants' motion to dismiss.

       4.    On or about October 25, 2021, the plaintiff submitted additional opposition to defendants' motion to dismiss.

5. The accompanying Reply Memorandum of Law, in conjunction with defendants' Memorandum of Law, dated July 27, 2021, addresses defendants' legal arguments in detail.

6. The defendants rely on the exhibits annexed to the Shteierman Declaration, dated July 27, 2021.

WHEREFORE, it is respectfully requested that this Court grant defendants' motion to dismiss plaintiff's Complaint in its entirety.

Dated: Nesconset, New York
December 6, 2021

_____
JOSHUA S. SHTEIERMAN

TO: Robert Perry
*Plaintiff Pro Se*
2579 Overlook Place
Baldwin, NY 11510