# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                  ) ss.:
COUNTY OF SUFFOLK )

The undersigned being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in Nassau County, New York.

That on December 6, 2021, deponent served the annexed REPLY DECLARATION and REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS on:

Robert Perry
*Plaintiff Pro Se*
2579 Overlook Place
Baldwin, NY 11510

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office.

_____
STEFANIE PERRETTA

Sworn to before me this
6th day of December, 2021

_____
NOTARY PUBLIC

DAVID H. ARNTSEN
Notary Public, State of New York
No. 4989896
Qualified in Suffolk County
Commission Expires Dec. 16, 2021