Robert Perry
2579 Overlook Place
Baldwin, NY 11510
516-456-7718

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 03 2022   ★

LONG ISLAND OFFICE

United States District Court
Eastern District of New York
100 Federal Plaza
Courthouse, Central Islip, NY 11722

12/27/2021       Case # 20-CV-5656 (JMA) (JMW)

Dear Judge Joan M. Azrack,

Robert G. Perry, acting as Pro Se and seeking justice before the courts of the State of New York and specifically before the United States District Court of the Eastern District of New York, affirms the following and the facts.

I only wish I could have the resources that the school district has ( Attorney's that have secretary's & paralegals.)

Mr. Joshua S. Shteierman, an attorney, current counsel representing the defendants Half Hollow Hills Central School District, Dr. Jeffrey Woodberry, Mr. Wayne Ebanks, and Jennifer Palumbo. If this is so, this matter, this case he is trying to defending, he is committing perjury, just as all the defendants are.

Prior counsel firm was F&F Frazier & Feldman, Nov. 21, 2018, referring to the ream of wasted paper use, (example) (EXHIBIT 2). Defendants mention false events happening as well as accusing the plaintiff of multitude of offenses, but are very vague. Why? Because none of them happened.

Mr. Shteierman uses the word specious. I believe he is describing the defendant's quite well. That's how others would describe the defendants, especially Woodberry & Ebanks. They present themselves well, but actually they are incomplete, very vague, deceptive/ altogether fallacious. In other words deceptively persuasive.

I must say and have repeated this many times that every time I think about these two administrators I think about that meeting I was in at the District office. The process that they put me through by waiting an hour and a half in the waiting area. The Union Rep. Lori Levine was nervous as well. This meeting was designed to discuss the letter that I wrote to the administration requesting "HELP" that Mrs. Jennifer Palumbo confessed to me that "she was sorry to put me all through the lies and false allegations about me". "and she confessed that three other paras forced her to make these false allegation. (Exhibits in my response to the administration identified who these paras were). The other very painful part of this case is the cover ups by Dr. Woodberry and Mr. Wayne Ebanks is completely unacceptable and they should be held accountable. It's a disgrace.

Here is a short story and a TRUE event that happened. I spoke with a former paraprofessional, Pat Mazone. I unexpectedly bumped into one day as I was food shopping. This was after, we were both former employees of the HHHCSD. We caught up quickly. She began explaining what the administration put her through (HELL). She was afraid of them because they bullied her and threaten as well. Her anxiety went through the roof. She said, Please fight them to the end, get the justice you deserve because those people are nasty, both malicious and vindictive.

Your Honor, I am requesting again, please to keep this case open and continue so that all parties can see that JUSTICE can RISE and PREVAIL.

I would like to add a partial witness list to prove that this case is justified;

Anna Murania, Cathie Smillie, Larry Demarco and potential 25 other individuals. May it be noted many of these potential, valuable witnesses were afraid to be called at the time because they were afraid that going against the defendants they feared they would be fired.

Plaintiff hopes the court keeps the case open and moves forward to prove that the defendants are GUILTY re: Retaliation(Threats), racial discrimination, sex discrimination. Soon after the plaintiff's initial letter requesting for HELP from the administration (Dr.Woodberry & Mr. Ebanks) because of deterioration, the morale in the work place you can see a clear time line of retaliation and all the other elements that come along with that. To work in that environment was cancerous. I am sure that if the courts requested emails and text from the administration to certain staff you would see how everything was orchestrated to fit their NEGATIVE narrative. Regarding the threats that both Dr. Woodberry and Mr. Ebanks directed at me if I did not resign, they warned me. Dr. Woodberry was adamant that I had some nerve even to mention that Jennifer Palumbo admitted she was sorry for what had happened to me on the bus. In this meeting he humiliated me, criticized me, bullied me, harassed me. Precisely the opposite of what should have occurred. The tone and the volume of his voice was critically threatening. During this time Lori Levine, Union Rep, who was also attending the meet mentioned (whispering) when we exited the meeting she was very nervous and was scared, threatened about Dr. Woodberry's irate behavior that was not rational.

Your Honor, please excuse this tardy letter. I was trying to submit it much earlier, however I have had some health issue that landed me in the hospital for some time. I truly believe that this case should resumes forward and stay open. It will prove and show that my complaint's were valid and the time line show the defendants were in fact specious.

Sincerely,

*Robert Perry*

Robert Perry  Plaintiff (Pro-Se)

R. Perry
2579 Overlook Place
Baldwin, NY 11510

MID-ISLAND NY 117
28 DEC 2021 PM 2 L

ATT: District Judge JOAN M. Azrack
United STATES District Court
Eastern District of New York
100 Federal Plaza
Courthouse, Central Islip, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 03 2022
LONG ISLAND OFFICE

11722-443800