**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ROBERT PERRY,

               Plaintiff,

   - against -

HALF HOLLOW HILLS CENTRAL SCHOOL
DISTRICT, DR. JEFFREY WOODBERRY,
MR. WAYNE EBANKS and JENNIFER
PALUMBO,

               Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV 20-5656 (JMA) (ARL)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 13, 2022, granting Defendants' motion to dismiss in its entirety, and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Robert Perry take nothing of Defendants Half Hollow Hills Central School District, Dr. Jeffrey Woodberry, Mr. Wayne Ebanks, and Jennifer Palumbo; that Defendants' motion to dismiss is granted in its entirety; and that this case is closed.

Dated: September 27, 2022
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF THE COURT
                                       BY:   /S/ JAMES J. TORITTO
                                                      DEPUTY CLERK