FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 06 2022   ★

LONG ISLAND OFFICE

FORM 1

## NOTICE OF APPEAL

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
_____DISTRICT OF_____

NOTICE OF APPEAL

20-CV-5656(JMA)(ARL)
Docket No. #49

Notice is hereby given that _____Robert Perry_____
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) The order Sept 13th 2022

entered in this action on the _3rd_ day of _October_, 20_22_.

_____Robert Perry_____
Signature

_____Robert Perry_____
Printed Name

_____2579 Overlook Place_____
Address

_____Baldwin, NY 11510_____

_____(516) 456-7718_____
Telephone No. (with area code)

ROSARIO V MOLLO
Notary Public - State of New York
NO. 01MO6265740
Qualified in Nassau County
My Commission Expires 07/16/2024

Date: _03/October/2022_

ROBERT Perry
2579 Overlook Place
Baldwin, NY 11510

MID-ISLAND NY  117

4 OCT 2022   PM 5  L

Clerk of US District Court, EDNY
100 Federal Plaza
Central Islip, NY  11722

U
S
M
S

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 06 2022   ★

LONG ISLAND OFFICE

11722-443800