FORM 1

NOTICE OF APPEAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2023 ★
LONG ISLAND OFFICE

SCANNED

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Perry

Half Hollow Hills Central School District

NOTICE OF APPEAL

20-CV-5656(JMA)(JMW) (Appeal #22-2690)
Docket No.

Notice is hereby given that **Robert Perry**
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it)

entered in this action on the 16 day of February, 2023.

- Sept 13, 2022 — Date ordering to case to be closed
- Jan 17th 2023 — Appeal of Reconsideration

- Appealing all Decision! that Plaintiff has been Denied.

Signature: Robert Perry
Printed Name: Robert Perry
Address: 2579 Overlook Place
Baldwin, NY 11510
Telephone No.: (516) 456-7718

Date: Feb 21, 2023

## NOTICE OF APPEAL FORM
(Form 1 is attached.)

**NOTE**:

You may use this form to take an appeal provided that it arrives in the office of the Clerk of the district court within 30 days of the date of entry of the decision 60 days if the United States or an officer or agency of the United States is a party.

R. Persey
2579 Overlook Place
Baldwin, NY 11570

United States District Court (Appeals)
For the
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2023 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
22 FEB 2023 PM 6 L

U.S. POSTAGE PAID
FCM LETTER
OCEANSIDE, NY
11572
FEB 22, 23
AMOUNT
$0.87
R2305M146141-09

11722
11722-443800